

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00487-CR

Elbert Lee **SANDERS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 54th Judicial District Court, McLennan County, Texas
Trial Court No. 2012-327-C2
Honorable Matt Johnson, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED August 29, 2014.

_____
Patricia O. Alvarez, Justice